Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE               FORM 3

| | |
|---|---|
| **CARBON ACTIVATED TIANJIN CO., LTD. & CARBON ACTIVATED CORPORATION,**<br><br>                    **Plaintiffs,**<br>v.<br><br>**UNITED STATES,**<br>                    **Defendant.** | **SUMMONS**<br><br>**24-cv-00265** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S.Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. '1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Carbon Activated Tianjin Co., Ltd. is a Chinese producer of subject merchandise, and Carbon Activated Corporation is a U.S. importer of subject merchandise. Therefore, they are interested parties within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A). These two entities (collectively, "Carbon Activated") participated as parties in the U.S. Department of Commerce's sixteenth administrative review of the antidumping duty order on certain activated carbon from the People's Republic of China, and accordingly they have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   (Name and standing of plaintiff)

2. Carbon Activated appeals the final determination of the U.S. Department of Commerce in the sixteenth administrative review of the antidumping duty order on certain activated carbon from the People's Republic of China, covering the period of April 1, 2022, through March 31, 2023. *See Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2022-2023*, 89 Fed. Reg. 92,893 (Dep't Commerce Nov. 25, 2024); *Certain Activated Carbon From the People's Republic of China: Amended Final Results of Antidumping Duty Administrative Review; 2022–2023*, 89 Fed. Reg. 104,978 (Dep't Commerce Dec. 26, 2024).

   (Brief description of contested determination)

Form 3-2

3.   The U.S. Department of Commerce's final determination was signed on November 5, 2024.  The amended final determination was signed on December 17, 2024.
     _____
     (Date of determination)

4.   The U.S. Department of Commerce's final determination was published in the Federal Register on November 25, 2024.  *Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2022-2023*, 89 Fed. Reg. 92,893 (Dep't Commerce Nov. 25, 2024).  The amended final determination was published in the Federal Register on December 26, 2024.  *Certain Activated Carbon From the People's Republic of China: Amended Final Results of Antidumping Duty Administrative Review; 2022–2023*, 89 Fed. Reg. 104,978 (Dep't Commerce Dec. 26, 2024).
     _____
     (If applicable, date of publication in Federal Register of notice of contested determination)


     /s/ Stephanie E. Hartmann                David J. Ross
     Signature of Plaintiffs' Attorney        Jeffrey I. Kessler
                                              Stephanie E. Hartmann
        December 26, 2024                     WILMER CUTLER PICKERING
             Date                                HALE and DORR LLP
                                              2100 Pennsylvania Avenue NW
                                              Washington, DC 20037
                                              (202) 663-6564
                                              stephanie.hartmann@wilmerhale.com

                                              *Counsel to Carbon Activated*

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
Attn: Office of the Chief Counsel for Trade
Enforcement & Compliance
**U.S. Department of Commerce**
1401 Constitution Ave. NW
Washington, DC 20230